UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVEL JOHNSON, | : | Case No. 3:25-cv-377(VDO) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICIA HYDE et al., | : | |
| Respondents. | : | June 16, 2025 |

### SECOND NOTICE & MOTION RE: ECF 62

The respondents respectfully provide this second notice concerning the court's June 12, 2025 order (ECF 62) granting the petitioner's emergency motions to schedule an evidentiary hearing and to order the respondents to return to the petitioner to the District of Connecticut.  This notice supplements the respondents' June 13, 2025 notice regarding the same.

The petitioner has been discharged from Del Sol Medical Center, though that did not occur until late yesterday.  As expected, he was discharged to the Long Term Acute Care Hospital ("LTAC") in El Paso, where he remains as of the filing of this notice.  The most recent medical report from the physician at LTAC is the petitioner "is not medically cleared to be discharged or to fly until antibiotic therapy is completed and wound care is also completed with a wound VAC."  The provider also indicates that antibiotic therapy is schedule to conclude on June 25, 2025.

In light of the above, the respondents respectfully move the court to modify its order regarding the petitioner's return to Connecticut to reflect the petitioner's current lack of clearance to travel.

Respectfully submitted,

David X. Sullivan
United States Attorney

    /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov