UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVEL JOHNSON, | : | Case No. 3:25-cv-377(VDO) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICIA HYDE et al., | : | |
| Respondents. | : | June 27, 2025 |

NOTICE RE: ECF 72

The respondents respectfully provide this notice concerning the court's June 21, 2025 order (ECF 72) directing the respondents to return to the petitioner to the District of Connecticut in furtherance of the court's previous order granting the petitioner's emergency motions (ECF 52 & 53).

As the court is aware from the respondents' prior notices, the petitioner most recently had been inpatient at the Long Term Acute Care Hospital ("LTAC") in El Paso, and he had not yet been cleared to travel. On Tuesday, June 24, 2025, the petitioner's case manager at LTAC indicated a tentative discharge date for the petitioner of July 6, 2025. However, late in the afternoon on Thursday, June 26, 2025, ICE learned that the petitioner had been cleared by the physician at LTAC to be discharged and further had been cleared to travel back to Connecticut.

Upon being so advised, ICE arranged for the petitioner's discharge from LTAC and attempted to make travel arrangements to transfer the petitioner to Connecticut by June 27, 2025, the date mandated by the court's order. Despite ICE's diligent efforts, due to the timing of the petitioner's clearance to fly and the logistical challenge of securing

the petitioner's transfer from El Paso, Texas, to Connecticut, ICE was not able to

complete the petitioner's transport to Connecticut today.

That said, earlier this evening, the undersigned was advised that ICE had finalized

travel plans for the petitioner departing El Paso in the morning and arriving in

Connecticut tomorrow.  The undersigned will provide a supplemental notice to the court

regarding compliance upon receipt of additional information.

Respectfully submitted,

David X. Sullivan
United States Attorney


  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov