**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **6/30/2025** _____

_____
**Marvel Johnson**

Vs.

_____
**Hyde et al**

Start Time **9:43** _____ End Time **10:03** _____

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) **20** _____ minute(s)

Case # **3:25-cv-00377-VDO** _____

Honorable Judge **Vernon D. Oliver** _____

Deputy Clerk **Jessalyn Samson** _____

Counsel for Pla(s) **Glenn Formica** _____

Counsel for Dft(s) **John W Larson** _____

Reporter/ECRO/Courtsmart **Corinne Thomas** _____

Interpreter _____ Language _____

Hearing held  ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ◼ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

**NOTES**

**Rule 25f report due 7/14/2025**

Rev. 3/21/24