UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVEL JOHNSON, | : | Case No. 3:25-cv-377(VDO) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICIA HYDE et al., | : | |
| Respondents. | : | January 30, 2026 |

JOINT STATUS REPORT

Pursuant to the court's January 20, 2026 order, the parties respectfully submit this joint status report regarding the anticipated next steps for this matter.

By way of background, since the court's June 12, 2025 order, and the status conference on June 30, 2025, the petitioner has remained out of custody on an order of supervision. During that time, the petitioner has continued to experience various medical challenges that have required treatment and periods of hospitalization. As a result, the parties agree that the claims underlying the petition regarding potential detention of the petitioner in the future have been something of a moving target since the factual record has frequently changed and appears poised to continue to change in the near future. Given that, and in an attempt to allow the petitioner's medical conditions to stabilize, which would allow for a more meaningful inquiry into the issues raised in the habeas petition, the parties respectfully request that: (1) the court stay this case for a period of four months, with a joint status report from the parties due on May 29, 2025; and (2) the court cancel the hearing scheduled for February 24, 2026, to be rescheduled at a later date on request of the parties.

Respectfully submitted,

/s/*Glenn L Formica*
Glenn L. Formica, Fed. Bar. No 21053
Formica, P.C.
195 Church Street, Floor 11
New Haven, Connecticut 06510
(203) 787-1946
(203) 787-6766
e-mail: gformica@formicalaw.com


David X. Sullivan
United States Attorney


   /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov