UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVEL JOHNSON, | : | Case No. 3:25-cv-377(VDO) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICIA HYDE et al., | : | |
| Respondents. | : | May 29, 2026 |

SECOND JOINT STATUS REPORT

Pursuant to the court's February 2, 2026 order (ECF 2), the parties respectfully submit this joint status report.

As a reminder, since the court's June 12, 2025 order, and the status conference on June 30, 2025, the petitioner has remained out of custody on an order of supervision. Also since then, the petitioner has continued to experience various medical challenges that have required treatment and periods of hospitalization.  At present, the petitioner reports that he currently has no kidney function and is on home dialysis that requires cycling four times a week.  The petitioner advises that he is effectively homebound and cannot leave his residence, except for short periods of time.  Moreover, the petitioner has been unable to receive an interfamily transplant for multiple reasons.  The petitioner also has undergone two surgeries to revise his fistula, which was a significant issue in the controversy last year, which surgeries he attributes to *suspected* inadequate care while in ICE custody in El Paso, Texas.

With respect to the petitioner's immigration proceedings, he has been scheduled for a withholding-only hearing as to his removal order, which hearing will take place

before the Immigration Court in Hartford on June 24, 2026. The result of that hearing (and any subsequent appeal) may significantly change the circumstances surrounding this proceeding, or may moot this case altogether.

Consequently, in light of both the petitioner's continuing and changing medical conditions, as well as potential changes to the petitioner's immigration status in the near future, the parties request that the court order them to submit another joint status report on or before August 31, 2026.

Respectfully submitted,

/s/*Glenn L Formica*
Glenn L. Formica, Fed. Bar. No 21053
Formica, P.C.
195 Church Street, Floor 11
New Haven, Connecticut 06510
(203) 787-1946
(203) 787-6766
e-mail: gformica@formicalaw.com

David X. Sullivan
United States Attorney

   /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov